

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2014

No. 04-14-00221-CV

Comfort **ROBERTS**,
Appellant

v.

**LLOYD DOUGLAS ENTERPRISES LLC** dba River City Care Center & Steve Robinson,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12260
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellees have filed a Motion for Sanctions raising several allegations about appellant's conduct in this appeal. Appellant is hereby ORDERED to file a written response to appellees' motion <u>no later than August 21, 2014</u>. If appellant has not filed a written response by August 21, 2014, this court will rule on appellees' motion.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court